===========================================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**MOSHE CINQUE CANTY,**
                **Plaintiff,**

v.                                                   9:05-CV-1314(NPM)

**FREDERICK J. KRUGER, Correction Officer,**
**RICHARD J. COX, Correction Sergeant,**
**PETER M. KUC, Correction Officer,**
**RICHARD M. KNIGHT, Correction Officer,**
                **Defendants,**

 X   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **Pursuant to the Jury Verdict returned in open court before the Hon. Neal P. McCurn, Senior USDJ, on June 26, 2008 at the trial of this action in United States District Court for the Northern District of New York in Syracuse, NY,**

**IT IS ORDERED AND ADJUDGED:** That judgment is entered against the plaintiff **MOSHE CINQUE CANTY,** and in favor of the **defendants FREDERICK J. KRUGER, RICHARD J. COX, PETER M. KUC, RICHARD M. KNIGHT** and that the complaint is dismissed in its entirety**.**

**Date: June 26, 2008**                                                          Lawrence K. Baerman
                                                                                   **Clerk**

                                                                                    /S/
                                                               **(by) Phillip T. McBrearty**
                                                               **Deputy Clerk**